People v Maldonado (2025 NY Slip Op 00384)

People v Maldonado

2025 NY Slip Op 00384

Decided on January 23, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: January 23, 2025

Before: Manzanet-Daniels, J.P., Kapnick, Shulman, Higgitt, Michael, JJ. 

Ind No. 3049/12 Appeal No. 3555 Case No. 2019-2559 

[*1]The People of the State of New York, Respondent,
v
Jamel Maldonado, Defendant-Appellant.

Twyla Carter, The Legal Aid Society, New York (Andrew C. Shear of counsel), for appellant.

Judgment of resentence, Supreme Court, Bronx County (Albert Lorenzo, J.), rendered January 16, 2019, as amended January 31, 2019, resentencing defendant to a term of two years, unanimously modified, as a matter of discretion in the interest of justice, to the extent of vacating the surcharge and fees imposed at resentencing, and otherwise affirmed.
Based on our own interest of justice powers, we vacate the surcharge and fees imposed on defendant at resentencing (see People v Chirinos, 190 AD3d 434 [1st Dept 2021]). We note that the People do not oppose this relief.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: January 23, 2025